```
JERICO DEWAYNE COUSIN            CITIBANK                         LEVEL UP
TAYLOR NICHOLE ELDRIDGE          PO BOX 790040                    25814 JEFFERSON, ST
P.O. BOX 176                     ST LOUIS, MO 63179               SAINT CLAIR S, MI 48081
STAR, MS 39167


THOMAS C. ROLLINS, JR.           CITIBANK                         MERRICK BANK CORP
THE ROLLINS LAW FIRM, PLLC       PO BOX 6217                      PO BOX 9201
P.O. BOX 13767                   SIOUX FALLS, SD 57117            OLD BETHPAGE, NY 11804
JACKSON, MS 39236


AFFIRM, INC.                     CKS PRIME INVESTMENTS            NAVIENT
ATTN: BANKRUPTCY                 1800 ROUTE 34                    ATTN: BANKRUPTCY
650 CALIFORNIA ST                STE 305                          PO BOX 9635
SAN FRANCISCO, CA 94108          LITTLE SILVER, NJ 07739          WILKES BARRE, PA 18773


ALLY FINANCIAL, INC              DISCOVER                         NISSAN MOTOR ACCEPTANC
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY                 P.O. BOX 660366
PO BOX 380901                    PO BOX 30954                     DALLAS, TX 75266
BLOOMINGTON, IL 55438            SALT LAKE CITY, UT 30954


ARMSTRONG & ASSOCIATES           DISCOVER FINANCIAL               PORTFOLIO RECOVERY
208 ADAMS ST                     ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY
MOBILE, AL 36603                 PO BOX 3025                      120 CORPORATE BLVD
                                 NEW ALBANY, OH 43054             NORFOLK, VA 23502


BEST EGG                         EXETER FINANCE                   REGIONS BANK
ATTN: BANKRUPCTY                 PO BOX 166008                    ATTN: BANKRUPTCY
PO BOX 42912                     IRVING, TX 75016                 2050 PARKWAY OFFICE
PHILADELPHIA, PA 19101                                            HOOVER, AL 35244


CAPITAL ONE                      FRANKLIN SERVICE, INC.           SYNCHRONY
ATTN: BANKRUPTCY                 2978 WEST JACKSON ST             ATTN: BANKRUPTCY
PO BOX 30285                     PO BOX 3910                      PO BOX 965060
SALT LAKE CITY, UT 84130         TUPELO, MS 38801                 ORLANDO, FL 32896


CAPITAL ONE                      JACOB LAW GROUP                  SYNCHRONY BANK
ATTNL: BANKRUPTCY                2623 WEST OXFORD LOOP            ATTN: BANKRUPTCY
PO BOX 30285                     OXFORD, MS 38655                 PO BOX 965060
SALT LAKE CITY, UT 84130                                          ORLANDO, FL 32896


CITIBANK                         JEFFERSON CAPITAL                UMC STUD LNS
PO BOX 790040                    ATTN: BANKRUPTCY                 2500 N STATE ST
ST. LOUIS, MO 63179              200 14TH AVE E                   JACKSON, MS 39216
                                 SARTEKK, MN 56377
```

```
UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803


VANDERBILT MORTGAGE
ATTN: BANKRUPTCY
PO BOX 9800
MARYVILLE, TN 37802
```