# CERTIFICATE OF TITLE

Form # 79 001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|---|
| 1N6AA1EJ4HN569020 | NISS | 2017 | TITAN | PK | MS1450806016 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 05/19/2025 | | 8 | USED | PU | 132803 ACTUAL |

**OWNER(S)**
COUSIN, JERICO
465 OLD ENOCHS RD
FLORENCE MS 39073-9034

**BRANDS**

**BENEFICIARY**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**
EXETER FINANCE
PO BOX 677
WILMINGTON OH 45177-0677

DATE  04/21/2025

**2ND LIENHOLDER**

DATE

**MAIL TO**

EXETER FINANCE
PO BOX 677
WILMINGTON OH 45177-0677

M108-3



LIEN SATISFACTION THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ BY _____
        (LIENHOLDER)                (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
        (LIENHOLDER)                (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE **19TH** DAY OF **MAY** 20 **25**

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1 Mississippi Code of 1972 and subject to the provisions thereof

CONTROL NUMBER
O 06365924

MISSISSIPPI DEPARTMENT OF REVENUE


**Exhibit B**

VOID IF ALTERED

***NOTICE ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW***

Federal and State Law requires that you state the mileage in connection with the transfer of ownership Failure to complete or providing a false statement may result in fines and/or imprisonment

### ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

**CAUTION** READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage WARNING ODOMETER DISCREPANCY

_____ ODOMETER READING (No Tenths)

**SELLER**
Signature(s) _____ Printed Name(s) _____ Date of Sale _____

**BUYER** I am aware of the above odometer certification made by seller
Signature(s) _____ Printed Name(s) _____

### FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

**CAUTION** READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage WARNING ODOMETER DISCREPANCY

_____ ODOMETER READING (No Tenths)

**DEALER OR AGENT**
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

**BUYER** I am aware of the above odometer certification made by seller
Signature(s) _____ Printed Name(s) _____

### SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

**CAUTION** READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage WARNING ODOMETER DISCREPANCY

_____ ODOMETER READING (No Tenths)

**DEALER OR AGENT**
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

**BUYER** I am aware of the above odometer certification made by seller
Signature(s) _____ Printed Name(s) _____

### THIRD RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name _____ Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

**CAUTION** READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage WARNING ODOMETER DISCREPANCY

_____ ODOMETER READING (No Tenths)

**DEALER OR AGENT**
Signature(s) _____ Printed Firm Name _____ Date of Sale _____

**BUYER** I am aware of the above odometer certification made by seller
Signature(s) _____ Printed Name(s) _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of _____

whose address is _____

**SCRAPPED DISMANTLED OR DESTROYED VEHICLE** This is to be filed in by Vehicle Owner Certificate of Title must be mailed or delivered to the Mississippi Department of Revenue I/we hereby warrant that the Vehicle described on the reverse side of this Certificate was scrapped dismantled or destroyed on _____ 20____

Owner's Signature _____