**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**  **CHAPTER 13 NO.:**

**JERICO DEWAYNE COUSIN
TAYLOR NICHOLE ELDRIDGE**  25 – 02270 – JAW

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtors' Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The Debtors filed a Chapter 13 Petition on September 11, 2025, and a 341(a) Meeting of Creditors was held on October 21, 2025.

2. Upon information and belief, this plan has not been filed in good faith.

3. That, Debtors propose direct payment of Vanderbilt Mortgage. Said Creditor filed its claim with a pre-petition mortgage arrears for which Debtors failed to provide treatment through their Plan. Debtors should be required to file a modified plan providing proper treatment of the mortgage arrears.

4. That, according to testimony at Debtor's 341(a) Meeting of Creditors, Debtors own 10 cows. Debtors should be required to amend their schedules to list all assets in which they have an interest.

5. That, confirmation should be denied and this case dismissed.

6. The Trustee hereby objects to any amended plan filed hereafter.

7. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated:  October      22     , 2025

> Respectfully submitted,
>
> /s/Harold J. Barkley, Jr.
> HAROLD J. BARKLEY, JR. – MSB #2008
> CHAPTER 13 TRUSTEE
> POST OFFICE BOX 4476
> JACKSON, MS 39296-4476
> PHONE: 601/362-6161  FAX: 601/362-8826
> EMAIL:  HJB@HBARKLEY13.COM

### C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Jerico Dewayne Cousin
Taylor Nichole Eldridge
174 Loflin Road
Florence, MS 39073

Vanderbilt Mortgage & Finance, Inc.
Post Office Box 9800
Maryville, TN  37802-9800

Dated:   October      22     , 2025

> /s/Harold J. Barkley, Jr.
> HAROLD J. BARKLEY, JR.