SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: November 21, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                CHAPTER 13 NO.:

JERICO DEWAYNE COUSIN
TAYLOR NICHOLE ELDRIDGE                            25 – 02270 – JAW

## AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Objection to Confirmation [DK #23]; and the parties agree as follows:

THAT, Trustee's Objection to Confirmation is hereby withdrawn.

THAT, Debtor's plan is hereby modified to reflect Debtor shall pay the pre-petition mortgage arrears owed Vanderbilt Mortgage directly.

THA, Vanderbilt Mortgage is hereby authorized to recoup any projected escrow shortage on the next regularly scheduled escrow analysis.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR