**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                                      CHAPTER 13 NO.:

JERICO DEWAYNE COUSIN
TAYLOR NICHOLE ELDRIDGE                                                            25 – 02270 – JAW

**TRUSTEE'S RESPONSE TO**
**MOTION TO MODIFY BANKRUPTCY PLAN**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to the Debtors' Motion to Modify Bankruptcy Plan [DK #37]; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Trustee has not received the insurance proceeds. The gross insurance proceeds should be turned over to the Trustee for disbursement.

2. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: January        12        , 2026

Respectfully submitted,

/S/HAROLD J. BARKLEY, JR.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Jerico Dewayne Cousin
Taylor Nichole Eldridge
174 Loflin Road
Florence, MS 39073

Dated: January     12    , 2026

                                          /S/HAROLD J. BARKLEY, JR.
                                          HAROLD J. BARKLEY, JR.