IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jerico DeWayne Cousin                                Case No. 25-02270-JAW
         Taylor Nichole Eldridge, Debtors                                CHAPTER 13

## AMENDED NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: January 14, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Jerico DeWayne Cousin                           Case No. 25-02270-JAW
           Taylor Nichole Eldridge, Debtors                       CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on 09/11/2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors' 2021 Mazda 6 ("Vehicle") was declared a total loss as a result of an automobile accident that occurred on December 4, 2025.

3. Debtors should surrender the Vehicle to the Creditor, Ally Bank dba Ally Capital ("Creditor").

4. Liberty Mutual Insurance ("Insurance Company") should turn over all insurance proceeds covering the Vehicle to Trustee.

5. Trustee should disburse to the Creditor the amount necessary to satisfy its lien and shall cease further payments to the Creditor related to the Vehicle.

6. Creditor should transfer title of the Vehicle to Insurance Company

7. If any funds remain after the Vehicle is paid in full, they should be turned over to Debtor to purchase a replacement vehicle.

8. Debtor wishes for the Trustee to adjust the plan payment to the amount necessary to cease ongoing distributions to Creditor and to continue to pay the priority and secured claims as ordered in the confirmed Plan.

9. Debtors wish for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Amended Notice and Motion to Modify Plan was forwarded on January 14, 2026, to:

By USPS First Class Mail, Postage Prepaid:

    Ally Capital
    c/o AIS Portfolio Services, LLC
    4515 N. Santa Fe Ave. Dept APS
    Oklahoma City, OK 73118

    Ally Bank dba Ally Capital Corp.
    c/o C. T. Corporation System
    8927 Lorraine Rd. Suite 204-A
    Gulfport, MS 39503

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                  /s/ Thomas C. Rollins, Jr.
                                  Thomas C. Rollins, Jr.