

**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: January 20, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
  JERICO DEWAYNE COUSIN                                    CASE NO. 25-02270-JAW
  TAYLOR NICHOLE ELDRIDGE,

  DEBTORS.                                                 CHAPTER 13

### ORDER RESETTING HEARING

This matter came on this date on the Motion to Modify Bankruptcy Plan filed by the Debtors (the "Motion") (Dkt. #37) and the Trustee's Response (the "Response") (Dkt. #38). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on February 9, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for February 23, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693