United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-02270-JAW |
| Jerico DeWayne Cousin | Chapter 13 |
| Taylor Nichole Eldridge | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Feb 23, 2026 | Form ID: pdf012 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerico DeWayne Cousin, P.O. Box 176, Star, MS 39167-0176 |
| jdb | + | Taylor Nichole Eldridge, P.O. Box 176, Star, MS 39167-0176 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5563910 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 23 2026 19:36:56 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5562846 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2026 19:35:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 25, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | |
| | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com |
| | sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: Feb 23, 2026        Form ID: pdf012        Total Noticed: 4

Harold J. Barkley, Jr.

HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Taylor Nichole Eldridge trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Jerico DeWayne Cousin trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: February 23, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

JERICO DEWAYNE COUSIN
TAYLOR NICHOLE ELDRIDGE

CHAPTER 13 NO.:

25 – 02270 – JAW

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Debtors' Motion to Modify Bankruptcy Plan [DK #37] and the Trustee's Response [DK #38]; and the parties agree as follows:

THAT, the Debtors' Motion to Modify Bankruptcy Plan is hereby granted.

THAT, the Debtors' plan is hereby modified to surrender the 2021 Mazda 6 to Ally Capital.

THAT, the Trustee is authorized to make no further payments on said creditor's secured claim.

THAT, the Debtors' wage order shall be amended as necessary to comply with the terms of this Agreed Order and to complete within the remaining plan term.

##END OF ORDER##

AGREED:

*/s/ Joshua C. Lawhorn*
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

*/s/ Thomas C. Rollins, Jr.*
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTORS