

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 4, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISIONAL OFFICE DIVISION

**In Re:**

**JERICO DEWAYNE COUSIN** *aka* **JERICO COUSIN**          **CASE NO.: 25-02270-JAW**
**and TAYLOR NICHOLE ELDRIDGE**
*aka* **TAYLOR ELDRIDGE**

    **Debtors.**

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter having come on for consideration upon the Motion for Relief from Automatic Stay filed on behalf of Ally Capital (hereinafter "Movant"), (Doc. No. 55) and Movant represented to the Court that it served the Motion in accordance with all applicable rules and further that no timely response was filed and accordingly, said Motion is well taken and should be granted, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that Movant is granted relief from the automatic stay imposed by 11 U.S.C. § 362 as to the property described as: one (1) 2021 Mazda Mazda6, VIN JM1GL1VM1M1619486, including any insurance proceeds, and said property is abandoned from the estate.

**###END OF ORDER###**

SUBMITTED BY:

*/s/ Olivia Spencer*
Olivia Spencer, MB #104439
Attorney for Movant
King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson MS 39216
Telephone: (601) 948-1547
spencer@kingandspencer.net