United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                  Case No. 25-02270-JAW

Jerico DeWayne Cousin                                                                   Chapter 13

Taylor Nichole Eldridge

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb        +  Jerico DeWayne Cousin, Taylor Nichole Eldridge, P.O. Box 176, Star, MS 39167-0176

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Christopher D Meyer
        on behalf of Creditor Exeter Finance LLC cmeyer@burr.com
        sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

Harold J. Barkley, Jr.
        HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Olivia Spencer
        on behalf of Creditor Ally Capital spencer@kingandspencer.net

Thomas Carl Rollins, Jr
        on behalf of Joint Debtor Taylor Nichole Eldridge trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
        on behalf of Debtor Jerico DeWayne Cousin trollins@therollinsfirm.com

District/off: 0538-3                     User: mssbad                         Page 2 of 2
Date Rcvd: Jun 04, 2026                  Form ID: pdf012                      Total Noticed: 1

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 4, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON-3 DIVISIONAL OFFICE DIVISION

In Re:

**JERICO DEWAYNE COUSIN** *aka* **JERICO COUSIN**          **CASE NO.: 25-02270-JAW**
**and TAYLOR NICHOLE ELDRIDGE**
*aka* **TAYLOR ELDRIDGE**

Debtors.

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter having come on for consideration upon the Motion for Relief from Automatic Stay filed on behalf of Ally Capital (hereinafter "Movant"), (Doc. No. 55) and Movant represented to the Court that it served the Motion in accordance with all applicable rules and further that no timely response was filed and accordingly, said Motion is well taken and should be granted, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that Movant is granted relief from the automatic stay imposed by 11 U.S.C. § 362 as to the property described as: one (1) 2021 Mazda Mazda6, VIN JM1GL1VM1M1619486, including any insurance proceeds, and said property is abandoned from the estate.

### ###END OF ORDER###

SUBMITTED BY:

*/s/ Olivia Spencer*
Olivia Spencer, MB #104439
Attorney for Movant
King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson MS 39216
Telephone: (601) 948-1547
spencer@kingandspencer.net