**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jerico DeWayne Cousin** **Case No. 25-02270-JAW**
**Taylor Nichole Eldridge, Debtors** **CHAPTER 13**

**NOTICE**

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: November 3, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jerico DeWayne Cousin** **Case No. 25-02270-JAW**
**Taylor Nichole Eldridge, Debtors** **CHAPTER 13**

**MOTION TO ALLOW PAYMENT ARREARAGE**

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtors fell behind on the plan payments.
3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.
4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in November 2026.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on November 2, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JERICO DEWAYNE COUSIN
TAYLOR NICHOLE ELDRIDGE

CASE NO: 25-02270-JAW

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 11/2/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/2/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JERICO DEWAYNE COUSIN
TAYLOR NICHOLE ELDRIDGE

CASE NO: 25-02270-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/2/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/2/2026

/s/ Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-02270-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
MON NOV 2 10-14-21 PST 2026

ALLY CAPITAL
CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

ALLY CAPITAL
CO OLIVIA SPENCER ESQ
1855 CRANE RIDGE DRIVE SUITE D
JACKSON MS 39216-4944

EXETER FINANCE LLC
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

EXETER FINANCE LLC
CO HOGAN DATA OPERATIONS
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE SC 29603-0587

SYNCHRONY BANK CO AIS PORTFOLIO SERVICES LL
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

VANDERBILT MORTGAGE AND FINANCE INC
PO BOX 9800
MARYVILLE TN 37802-9800

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

AFFIRM INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO CA 94108-2716

AFFIRM INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

AIDVANTAGE ON BEHALF OF
DEPT OF ED LOAN SERVICES
PO BOX 300001
GREENVILLE TX 75403-3001

AIDVANTAGE ON BEHALF OF
DEPT OF EDUCATION
PO BOX 300001
GREENVILLE TX 75403-3001

~~EXCLUDE~~
~~(D)ALLY CAPITAL CO AIS PORTFOLIO SERVICES LLC~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY OK 73118-7901~~

ALLY FINANCIAL INC
ATTN BANKRUPTCY
PO BOX 380901
BLOOMINGTON IL 55438-0901

ARMSTRONG ASSOCIATES
208 ADAMS ST
MOBILE AL 36603-6598

BEST EGG
ATTN BANKRUPCTY
PO BOX 42912
PHILADELPHIA PA 19101-2912

CKS PRIME INVESTMENTS
1800 ROUTE 34
STE 305
LITTLE SILVER NJ 07739

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
ATTNL BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CITIBANK
PO BOX 6217
SIOUX FALLS SD 57117-6217

CITIBANK
PO BOX 790040
ST LOUIS MO 63179-0040

~~EXCLUDE~~
~~(D)CITIBANK~~
~~PO BOX 790040~~
~~ST LOUIS MO 63179-0040~~

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

(P)EXETER FINANCE LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

~~EXCLUDE~~

~~(D)EXETER FINANCE LLC~~
~~AIS PORTFOLIO SERVICES LLC~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY OK 73118-7901~~

EXETER FINANCE LLC CO AIS PORTFOLIO SERVICE
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FRANKLIN SERVICE INC
2978 WEST JACKSON ST
PO BOX 3910
TUPELO MS 38803-3910

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD MS 38655-5442

JEFFERSON CAPITAL
ATTN BANKRUPTCY
200 14TH AVE E
SARTEKK MN 56377-4500

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LEVEL UP
25814 JEFFERSON ST
SAINT CLAIR S MI 48081-2313

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE NY 11804-9001

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

NAVIENT
ATTN BANKRUPTCY
PO BOX 9635
WILKES BARRE PA 18773-9635

NISSAN MOTOR ACCEPTANC
PO BOX 660366
DALLAS TX 75266-0366

NISSAN MOTOR ACCEPTANCE CORP
CO NISSAN MOTOR ACCEPTANCE COMPANY LLC
FKA NISSAN MOTOR ACCEPTANCE CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

PAFFORD EMS OF MISSISSIPPI INC
CO WAKEFIELD ASSOCIATES LLC
PO BOX 58
FORT MORGAN CO 80701-0058

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~

~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

REGIONS BANK
ATTN BANKRUPTCY
2050 PARKWAY OFFICE
HOOVER AL 35244-1805

RESURGENT CAPITAL SERVICES AS SERVICING
AGENT FOR BEST EGG
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

RESURGENT CAPITAL SERVICES AS SERVICING AGEN
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

~~EXCLUDE~~

~~(D)RESURGENT RECEIVABLES LLC~~
~~PO BOX 10587~~
~~GREENVILLE SC 29603-0587~~

RESURGENT RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

RIVER OAKS HOSPITAL LLC DBA MERIT HEALTH RI
CO DAVID L MENDELSON ESQ
MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS TN 38187-0235

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

~~EXCLUDE~~

~~(D)SYNCHRONY BANK CO AIS PORTFOLIO SERVICES LL~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY OK 73118-7901~~

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

| | | |
|---|---|---|
| | | EXCLUDE |
| UMMC<br>PO BOX 3488<br>DEPT 05-077<br>TUPELO MS 38803-3488 | UMC STUD LNS<br>2500 N STATE ST<br>JACKSON MS 39216-4500 | UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON MS 39201-5022 |
| | EXCLUDE | EXCLUDE |
| VANDERBILT MORTGAGE<br>ATTN BANKRUPTCY<br>PO BOX 9800<br>MARYVILLE TN 37802-9800 | (D)VANDERBILT MORTGAGE AND FINANCE INC<br>PO BOX 9800<br>MARYVILLE TN 37802-9800 | HAROLD J BARKLEY JR<br>PO BOX 4476<br>JACKSON MS 39296-4476 |
| DEBTOR | | EXCLUDE |
| JERICO DEWAYNE COUSIN<br>PO BOX 176<br>STAR MS 39167-0176 | TAYLOR NICHOLE ELDRIDGE<br>PO BOX 176<br>STAR MS 39167-0176 | THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM PLLC<br>PO BOX 13767<br>JACKSON MS 39236-3767 |